IN THE COURT OF APPEALS, THIRD DISTRICT OF TEXAS,



AT AUSTIN




 





NO. 3-93-487-CV





LYLES HOUSTON,



 APPELLANT


vs.





HELEN BRADY, INDIVIDUALLY AND AS NEXT FRIEND OF HUNTER HOUSTON,


A MINOR, AND LOUISA HOUSTON, A MINOR,



 APPELLEES



 




FROM THE DISTRICT COURT OF TRAVIS COUNTY, 331ST JUDICIAL DISTRICT



NO. 92-17106-A, HONORABLE JOSEPH H. HART, JUDGE PRESIDING



 




PER CURIAM


 The parties have filed a joint motion to dismiss this cause as the parties have
settled. The motion is granted. Tex. R. App. P. 59(a)(1)(A).

 The judgment of the trial court is vacated and the cause is dismissed.


Before Chief Justice Carroll, Justices Kidd and B. A. Smith

Judgment Vacated and Cause Dismissed on Joint Motion

Filed: March 30, 1994

Do Not Publish